**Order entered July 24, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00817-CV

**TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, Appellant**

**V.**

**CARLOTTA HOWARD, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-13467**

## ORDER

Before the Court is appellant's July 22, 2013 unopposed motion to extend time to file appellant's brief. Appellant's brief was due in this accelerated appeal on July 21, 2013. Appellant requests a thirty day extension of time to file its brief because it did not receive the postcard notices sent to appellant regarding the filing of the record. Because this is an accelerated appeal, we **GRANT** appellant's motion to the extent that appellant's brief is due **TWENTY DAYS** from the date of this order. *See* TEX. R. APP. P 38.6 (appellant's brief is due twenty days after complete record is filed in an accelerated appeal).

/s/    CAROLYN WRIGHT
CHIEF JUSTICE